McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
JOHN S. GATSCHET
Certified Student, Misdemeanor Unit
501 "I" Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 05-225-DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS |
| v. | ) | INFORMATION AND ORDER |
| | ) | |
| RICHARD R. GRANT, | ) | DATE: 9/21/2005 |
| | ) | TIME: 9:00 AM |
| Defendant. | ) | JUDGE: Hon. Dale A. Drozd |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an

///
///
///
///
///
///
///
///
///

1 | order dismissing Information Mag. No. 05-225-DAD, filed against
2 | the above-named defendant.
3 | DATED: September 14, 2005.
4 |                                    McGregor W. Scott
5 |                                    United States Attorney
6 |                                    By:/s/ Matthew Stegman
7 |                                       MATTHEW C. STEGMAN
                                          Assistant U.S. Attorney
8 | IT IS SO ORDERED:
9 | DATED: September 14, 2005.
10 |
11 |                      _____
                         DALE A. DROZD
12 |                     UNITED STATES MAGISTRATE JUDGE
13 |
14 |
15 | Ddad1/orders.criminal/grant0225.ord
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |